UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ) | | |
| THE BOSTON INSTITUTE FOR ) | CHAPTER 7 | |
| PSYCHOTHERAPY ) | CASE NO. 16-13161-FJB | |
| ) | | |
| Debtor ) | | |
| ) | | |

### CREDITOR'S AFFIDAVIT IN OPPOSITION TO THE APPOINTMENT OF MARK G. DEGIACOMO OF MURTHA CULLINA LLP AS TRUSTEE AND OPPOSITION TO APPOINTMENT OF MURTHA CULLINS LLP AS COUNSEL FOR TRUSTEE

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

1. My name is Eo McNeil. I am the Trustee of E.K.E. Realty, a listed Creditor of the Debtor, Boston Institute for Psychotherapy in this Chapter 7 Bankruptcy.
2. The address of E.K.E. Realty is 367 Central Street, Newton, MA 02466.
3. I am not an attorney. I am acting as my own counsel on behalf of E.K.E Realty.
4. I am opposed to the appointment of Mark G. DeGiacomo of Murtha Cullina LLP as the Trustee of the Debtor, Boston Institute for Psychotherapy.
5. I am further opposed to the appointment of Murtha Cullina LLP as counsel for the Debtor, Boston Institute for Psychotherapy.
6. To the best of my knowledge, information and belief, Mark G Degiacomo and Murtha Cullina LLP appears to have failed to disclose past relationships with the Debtor, Boston Institute for Psychotherapy, that would put into serious question Mark G DeGiacomo's and Murtha Cullina LLP's ability to be impartial in this matter.
   a. While undisclosed by Mark G. DeGiacomo of Murtha Cullina LLP in his Application and Affidavit dated August 17, 2016 to this court, it clearly appears an Attorney in Murtha Cullina LLP has sat on the Board of Directors of the Debtor, Boston Institute for Psychotherapy. If true, it would appear Murtha Cullina LLP was a former insider of the Debtor.
   b. As disclosed by Mark G. DeGiacomo of Murtha Cullina LLP in the same Application and Affidavit dated August 17, 2016 to this court, it appears that Murtha Cullina LLP has represented in the past.

7. In paragraph 5 of the affidavit of Mark G. DeGiacomo to this court, dated August 17, 2016, Mark G.DeGiacomo stated that " 5) Murtha Cullina LLP's records indicated that it represented the Debtor in 1999 in an employment matter for which it billed and was paid $587.50.".

8. The same Affidavit of Mark G. DeGiacomo to this Court <u>did not</u> disclose that an attorney in Murtha Cullina LLP, Anne Hanford, had been on the Board of Directors of the Debtor, as is indicated in this Google search.



9. On further internet search of the Murtha Cullina LLP website, it appears Anne Hanford was listed on the Murtha Cullina LLP website as late as 2012.



9. Further, the <u>Murtha Cullina LLP 2012 website listed Anne Hanford of Murtha Cullina LLP as having served on the Board of Directors of the Debtor where she chaired the "Long Range Planning Committee"</u>. Based upon the role that Anne Hanford had, Murtha Cullina LLP could possibly be a witness in this

action.

    a. [See last paragraph of Murtha Cullina LLP website below].



11. It appears Mark G. DeGiacomo nor Murtha Cullina LLP's full relationship to the Debtor may not have been disclosed to this Court by Attorney Mark G. DeGiacomo of Murtha Cullina LLP. After a Google search, it appears an attorney at Murtha Cullina LLP may have been an insider of the Debtor. If true, this places into question what further relationships there may be between Murtha Cullina LLP and the Debtor that have not been disclosed but would be relevant to assessing Mark G. DeGiacomo's and Murtha Cullina LLP's apparent ability to be impartial as a Trustee or Counsel for the Trustee on behalf of the Creditors in this case.

I DECLARE UNDER THE PENALTY OF PERJURY THAT TO THE BEST OF MY KNOWLEDGE, THE FOREGOING IS TRUE AND CORRECT.

DATED THIS 30 OF AUGUST, 2016

Respectfully submitted,

*[signature]*

Eo McNeil, Trustee of E.K.E. Realty, Pro Se
On Behalf of E.K.E. Realty
367 Central Street
Newton, MA  02466

4 of 4