UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| THE BOSTON INSTITUTE FOR PSYCHOTHERAPY, INC., | ) CHAPTER 7 |
| | ) CASE NO. 16-13161-FJB |
| | ) |
| Debtor | ) |

## CERTIFICATE OF SERVICE

I, Mark G. DeGiacomo, hereby certify that on the 11th day of January, 2017, I served a copy of the ***Chapter 7 Trustee's Motion For the Entry Of An Order Authorizing Him to Turnover Funds to Secured Creditor***, via first-class mail, postage prepaid or by electronic mail upon the parties listed on the attached Service List.

          /s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com

7722155v1

John Fitzgerald, Asst. U.S. Trustee*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

The Boston Institute for
Psychotherapy, Inc.
P.O. Box 111
Dedham, MA  02027

Michael S. Kalis, Esq.*
632 High Street
Dedham, MA  02026

Michael H. Theodore, Esq.
500 West Cummings Park
Suite 2350
Woburn, MA 01801

Amy Sweigenberg
15 Shor Street #2
Brookline, MA 02446

Ann Stambler
117 Lake Avenue
Newton Centre, MA 02459

Annie Weiss
35 Bowen Street
Newton Center, MA 02459

Arnold Cohen
19 Mountford Road
Newton, MA 02461

Barbara Schwartz
62 Aerial Street
Arlington, MA 02474

Boston Graduate School for
Psychoanalysis
c/o Carol Panetta
1581 Beacon Street
Brookline, MA 02446

Carol Rubin
58 Reservoir Avenue
Chestnut Hill, MA 02467

Cecil Rice
23 Briarwood Circle
Needham, MA 02492

Change Healthcare
PO Box 572490
Salt Lake City, UT 84157

CIT Group
21146 Network Place
Chicago, IL 60673

Conner & Hilliard, P.C.
1350 Main Street
Walpole, MA 02081

Dan Fishman
127 Paul Gore St., #1R
Jamaica Plain, MA 02130

David Doolittle
1330 Beacon Street, #256
Brookline, MA 02446

Deborah Dowd
370 Washington Street, Ste. #3
Brookline, MA 02445

Dennis Plant
57 Standish Street, Unit 3
Cambridge, MA 02138

Diane Fader
127 Naples Road
Brookline, MA 02446

Diane Pearlman
47 Parker Street
Lexington, MA 02421

Douglas Deville
729 Boylston Street #401
Boston, MA 02116

DSCI
Attn: Billing and Collections
1 Sundial Avenue, Suite 414
Manchester, NH 03103

Earthlink
PO Box 78343
Atlanta, GA 30357

EKE Realty Trust
c/o Glenn Hannington, Esq.
10 Post Office Squre, 8th Floor
Boston, MA 02109

Elite Protective Services
PO Box 51359
Boston, MA 02205

Elizabeth Simpson
126 Prospect Street, Ste. 7
Cambridge, MA 02139

7722155v1

Elizabeth Slater
25 Concord Road
Wayland, MA 01778

Empowermax Billing Service, LLC
1138 Stone Creek Drive
Hummelstown, PA 17036

Erica Kirsners Silk
3444 Harvard Street
Brookline, MA 02445

Eversource
PO Box 660369
Dallas, TX 75266

Geri Reinhardt
650 Commonwealth Avenue
Newton, MA 02459

Heather Ayares
53 Langly Road #340
Newton Center, MA 02459

Hemisphaeriss, Inc.
PO Box 3243
Woburn, MA 01888

Holly Friedman
34 Brimstone Lane
Sudbury, MA 01776

Holly Levenkron
32 Hawthorn Street
Cambridge, MA 02138

Howard Wishnie
156 Mt. Auburn Street, Ste. 4
Cambridge, MA 02138

James Leone
875 Massachusetts Avenue, Ste. 24
Cambridge, MA 02139

Joanna Ravina
8 Meadowbrook Road
Newton Center, MA 02459

Joanne White
1581 Beacon Street
Brookline, MA 02446

Jody Leader
124 Harvard Street
Brookline, MA 02446

John Moynihan
1330 Beacon Street, #267
Brookline, MA 02446

Julie Anderson
46 Linden Place
Brookline, MA 02445

Lilia Feinberg
30 St. Cloud Avenue
Needham, MA 02492

Linda Gelda
45 Alban Road
Waban, MA 02468

Linda Shaw
127 Mt. Auburn Street
Cambridge, MA 02138

Lisa Sutton
151 Coolidge Ave, # 611
Watertown, MA 02472-2867

Lydia Baumrind
1415 Beacon Street #124
Brookline, MA 02446

Marcos Cancado
1577 Beacon Street, Ste. A
Brookline, MA 02446

Marsha Canick
11 Duncklee Street
Newton Highlands, MA 02461

Michael Healy
1679 Massachusetts Avenue
Cambridge, MA 02138

Mjriam Partipilo Cancado
1577 Beacon Street, Ste. A
Brookline, MA 02446

Nancy Johnson
73 Prentiss Street
Cambridge, MA 02140

Nancy Lubin-Levy
24 Estabrook Road
Newton, MA 02465

7722155v1

| | | |
|---|---|---|
| Oona Metz<br>1318 Beacon Street, Ste. 9<br>Brookline, MA 02446 | Paul Efthim<br>1101 Beacon street, Ste. 2 East<br>Brookline, MA 02446 | Pitney Bowes Global Financial Services, LLC<br>PO Box 371887<br>Pittsburgh, PA 15250 |
| PsyTech Solutions, Inc.<br>1138 Stone Creek Drive<br>Hummelstown, PA 17036 | Rachel Barbanel-Fried<br>32 Union Street<br>Newton Center, MA 02459 | Rebecca Eddy Muccilli<br>50 Station Landing, #515E<br>Medford, MA 02155 |
| Rhea Antonio<br>133 Liberty Street<br>Middleton, MA 01949 | Robert Reithmiller<br>1330 Beacon Street, #314<br>Brookline, MA 02446 | Ruth Rosenberg<br>1101 Beacon Street, Ste. 2 East<br>Brookline, MA 02446 |
| Samet & Company<br>1330 Boylston Street<br>Chestnut Hill, MA 02467 | Santander Bank, N.A.<br>PO Box 12707<br>Reading, PA 19612 | Scott Reinhardt<br>650 Commonwealth<br>Newton, MA 02459 |
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Sharon Greenfield<br>801 Main Street #4<br>Concord, MA 01742 | Sherry Richman<br>258 Lowell Street<br>Lexington, MA 02420 |
| Sirel Taner-Caballero<br>797 Washington Street, Ste. 4<br>Newton, MA 02460 | Stephen Prior<br>71 Parker Road<br>Wellesley, MA 02482 | Susan Lucker<br>10 Westland Road<br>Weston, MA 02493 |
| Susan Silveira<br>150 Clark Road<br>Brookline, MA 02445 | Susan Workum<br>70 Fayerweather Street<br>Cambridge, MA 02138 | Tim Kochems<br>981 Beacon Street<br>Newton Center, MA 02459 |
| Vincent Panetta<br>1581 Beacon Street<br>Brookline, MA 02446 | William Sharp<br>407 Washington Avenue<br>Chelsea, MA 02150 | Amy Fleischer<br>9 Enfield Street<br>Jamaica Plain, MA 02130 |

**\*served via ECF transmission**