UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** The Boston Institute For Psychotherapy, Inc.      **Case/AP Number** 16-13161 **-FJB**
**Chapter** 7

#34 Motion filed by Trustee Mark G. DeGiacomo For Order Authorizing Him to Turnover Funds to Secured Creditor

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Objections to the instant motion shall be filed on or before February 1, 2017.  If no objections are filed, the Court may allow the motion without further process.

IT IS SO ORDERED:

*Frank J. Bailey*

_____Dated: 01/13/2017
Frank J. Bailey
United States Bankruptcy Judge