UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| THE BOSTON INSTITUTE FOR ) | CHAPTER 7 |
| PSYCHOTHERAPY, INC., ) | CASE NO. 16-13161-FJB |
| ) | |
| Debtor ) | |

## CHAPTER 7 TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING HIM TO RETURN THE JOYCE SLOSBERG SCHOLARSHIP FUND TO ITS DONOR

Mark G. DeGiacomo, the Chapter 7 Trustee (the "Trustee"), of The Boston Institute for Psychotherapy, Inc. (the "Debtor"), hereby moves this Court for the entry of an Order authorizing the Trustee to return to the donor the amount of approximately $38,890.00 which the Debtor held in a segregated account as the Joyce Slosberg Scholarship Fund (the "Scholarship Funds").

In support of this Motion (the "Motion"), the Trustee states as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein is section 541(d) of title 11 of the United States Code (the "Bankruptcy Code").

### BACKGROUND

4. On August 12, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

01/27/2017. No objections filed. Granted.