UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE BOSTON INSTITUTE FOR PSYCHOTHERAPY, INC., | ) | CHAPTER 7 |
| | ) | CASE NO. 16-13161-FJB |
| | ) | |
| Debtor | ) | |

## ORDER ON THE CHAPTER 7 TRUSTEE'S OBJECTIONS TO CLAIMS

At Boston in said district this ___ day of May, 2017, the Chapter 7 Trustee's Objections to Claims having been brought before me, due notice having been given and good cause appearing to me therefore, it is hereby ORDERED that:

1. The Claim of the **Santander Bank, N.A.,** identified as Claim No. 5 on the Claims Register is allowed as an unsecured claim in the amount of $300,124.84.

ENTERED AS AN ORDER OF THE COURT THIS ____ DAY OF MAY, 2017.

____________________________________
HON. FRANK J. BAILEY
UNITED STATES BANKRUPTCY COURT